# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jeffrey Allen KOISTINEN**<br>DOB: 1965; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>23-07598MJ |

Complaint for violation of Title 18, United States Code § 2252(a)(2) & (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 13, 2019, at or near Marana, in the District of Arizona, **Jeffrey Allen KOISTINEN**, using any means or facility of interstate or foreign commerce, did knowingly receive and attempt to receive child pornography, that is, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct; which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise; to wit: Jeffrey Allen KOISTINEN did knowingly receive digital images depicting prepubescent minors engaged in sexually explicit conduct via a chat application and the Internet, including, but not limited to the following files:

> IMG-20190408-WA0006.jpg
> IMG-20190408-WA0007.jpg
> IMG-20190806-WA0007.jpg;
> IMG-20181219-WA0002.jpg;
> IMG-20190302-WA0008.jpg;
> IMG-20190302-WA0006.jpg.

All in violation of Title 18, United States Code, Section 2252(a)(2) & (b)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

In connection with an investigation into individuals selling live-streaming webcam shows involving sexual abuse and exploitation of children to paying customers worldwide, Homeland Security Investigations (HSI) identified and arrested a child trafficker (hereafter "CT")[1] in the Philippines. CT collected fees from customers who were provided child sex abuse material and "shows" where customers could direct acts of sexual abuse on minor children in real time during private webcam interactions. The investigation included review of search warrant results for the Chat Platform account[2] belonging to CT and the money accounts through which CT received payments.

United States Citizen Jeffrey KOISTINEN, a resident of Marana, Arizona, was identified as one of CT's customers during analysis of Title 19 summons returns for Remitly payments to CT. On at least three occasions, KOISTINEN provided transaction information while chatting with CT and the transactions corresponded with records from an account belonging to KOISTINEN. Remitly records showed that KOISTINEN used his account to send 10 payments to CT between October, 2019 and November 30, 2020.

Search warrant returns from Chat Platform for accounts belonging to CT and KOISTINEN revealed numerous chat messages and file transfer incidents between CT and KOISTINEN between October, 2019 and November 30, 2020.

---

[1] Because the investigation is ongoing and disclosure of the identity of the child trafficker in the Philippines could compromise investigations involving other targets, the name of CT, who has been arrested, has not been included.

[2] Chat Platform is known to the government but the exact platform is not identified herein due to the ongoing investigations.

CC: USM, AUSA, PTS

| MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A | |
|---|---|
| **DETENTION REQUESTED** <br> **COMPLAINT REVIEWED** by AUSA *Carin C. Duryee/Nathaniel J. Walters* <br> *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* <br><br> Digitally signed by NATHANIEL WALTERS Date: 2023.08.29 12:01:50 -07'00' | **SIGNATURE OF COMPLAINANT** <br> ANDREW E JAMAL  Digitally signed by ANDREW E JAMAL Date: 2023.08.29 12:31:47 -07'00' <br><br> **OFFICIAL TITLE & NAME:** <br> Andrew Jamal – Supervisory Special Agent – HSI |
| Sworn to before me and subscribed in my presence. | |
| **SIGNATURE OF MAGISTRATE JUDGE**[1] <br><br> *Jacqueline M. Rateau* | **DATE** <br><br> 08/29/2023 |

1) See Federal Rules of Criminal Procedure Rules 3 and 54

*Continued from previous page…*

The chats contain content indicative of child sex trafficking via live streaming and show numerous calls being made over the Chat Platform. During communications between CT and KOISTINEN, CT sent numerous images of prepubescent children in various states of undress and sometimes nude and offered them for "shows." KOISTINEN repeatedly asked CT for "new girls." CT specified several times that the children were under 18, such as on November 5, 2019, when CT messaged KOISTINEN that she had a 7-year-old who "do good show to u."

On November 8, 2019, during chats with CT, KOISTIENN indicated he was in a hotel and "might have to wait until i get home Sunday" (November 10, 2019) to send money. On November 11, 2019, he indicated he was at his home computer. On November 13, 2019, after KOISTINEN asked CT "how many new girls can you find?" and asked for pictures, CT sent pictures of nude prepubescent children displaying their genitals, including each of the photographs listed above. After receiving the files, KOISTINEN asked "do you have more pics with cock and pussy?" but added "send me other pics, I like them too." After sending additional pictures, CT indicated "that's all I have" and began discussing shows and asking for payment. KOISTINEN replied 'wow I really like the young one" and asked for "more of young one."

In August, 2022, a cellphone belonging to KOISTINEN was seized pursuant to a search warrant in connection with a drug trafficking investigation; after a search of the phone revealed child sex abuse images on the device, the device was searched pursuant to a search warrant for child exploitation offenses. CT's contact information was found within KOISTINEN's phone.