GARY M. RESTAINO
United States Attorney
District of Arizona
CARIN C. DURYEE
NATHANIEL J. WALTERS
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Carin.Duryee@usdoj.gov
Email: Nathaniel.Walters@usdoj.gov
Attorneys for Plaintiff

FILED

2023 SEP 27  AM 8: 25

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR23-01495 TUC-JCH(EJM)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

VICTIM

United States of America,

Plaintiff,

vs.

Jeffrey Allen Koistinen,

Defendant.

No.

**INDICTMENT**

VIO: 18 U.S.C. §§ 2251(a) and 2251(e)
(Attempted Production of Child Pornography)
Counts 1, 3, 5, 7, 9

18 U.S.C. § 2422(b)
(Attempted Coercion and Enticement)
Counts 2, 4, 6, 8, 10

18 U.S.C. §§ 2252(a)(2) & (b)(1)
(Receipt of Child Pornography)
Count 11

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about October 21, 2019, in the District of Arizona, JEFFREY ALLEN KOISTINEN, did attempt to employ, use, persuade, induce, and coerce a minor to engage in sexually explicit conduct for the purposes of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including

by computer, and the visual depiction was transported using a means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2

On or about October 21, 2019, in the District of Arizona, JEFFREY ALLEN KOISTINEN, using the mail and any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen to engage in sexual activity for which any person can be charged with a criminal offense, to wit: production of child pornography, in violation of Title 18, United States Code, Section 2251(a).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT 3

On or about October 24, 2019, in the District of Arizona, JEFFREY ALLEN KOISTINEN, did attempt to employ, use, persuade, induce, and coerce a minor to engage in sexually explicit conduct for the purposes of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using a means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

///

*United States of America v. Koistinen*
*Indictment Page 2 of 6*

### COUNT 4

On or about October 24, 2019, in the District of Arizona, JEFFREY ALLEN KOISTINEN, using the mail and any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen to engage in sexual activity for which any person can be charged with a criminal offense, to wit: production of child pornography, in violation of Title 18, United States Code, Section 2251(a).

All in violation of Title 18, United States Code, Section 2422(b).

### COUNT 5

On or about November 11, 2019, in the District of Arizona, JEFFREY ALLEN KOISTINEN, did attempt to employ, use, persuade, induce, and coerce a minor to engage in sexually explicit conduct for the purposes of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using a means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT 6

On or about November 11, 2019, in the District of Arizona, JEFFREY ALLEN KOISTINEN, using the mail and any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen to engage in sexual activity for which any person

///

1  can be charged with a criminal offense, to wit: production of child pornography, in

2  violation of Title 18, United States Code, Section 2251(a).

3      All in violation of Title 18, United States Code, Section 2422(b).

5                              **COUNT 7**

6      On or about December 3, 2019, in the District of Arizona, JEFFREY ALLEN

7  KOISTINEN, did attempt to employ, use, persuade, induce, and coerce a minor to engage

8  in sexually explicit conduct for the purposes of producing a visual depiction of such

9  conduct and for the purpose of transmitting a live visual depiction of such conduct,

10  knowing and having reason to know that such visual depiction would be transported in and

11  affecting interstate and foreign commerce, using materials that have been mailed, shipped,

12  and transported in and affecting interstate and foreign commerce by any means, including

13  by computer, and the visual depiction was transported using a means and facility of

14  interstate and foreign commerce.

15      All in violation of Title 18, United States Code, Sections 2251(a) and (e).

17                              **COUNT 8**

18      On or about December 3, 2019, in the District of Arizona, JEFFREY ALLEN

19  KOISTINEN, using the mail and any facility and means of interstate and foreign

20  commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual

21  who had not attained the age of eighteen to engage in sexual activity for which any person

22  can be charged with a criminal offense, to wit: production of child pornography, in

23  violation of Title 18, United States Code, Section 2251(a).

24      All in violation of Title 18, United States Code, Section 2422(b).

28  ///

*United States of America v. Koistinen*
*Indictment Page 4 of 6*

**COUNT 9**

On or about January 20, 2020, in the District of Arizona, JEFFREY ALLEN KOISTINEN, did attempt to employ, use, persuade, induce, and coerce a minor to engage in sexually explicit conduct for the purposes of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported in and affecting interstate and foreign commerce, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using a means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT 10**

On or about January 20, 2020, in the District of Arizona, JEFFREY ALLEN KOISTINEN, using the mail and any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen to engage in sexual activity for which any person can be charged with a criminal offense, to wit: production of child pornography, in violation of Title 18, United States Code, Section 2251(a).

All in violation of Title 18, United States Code, Section 2422(b).

**COUNT 11**

On or about November 13, 2019, in the District of Arizona, JEFFREY ALLEN KOISTINEN, using any means or facility of interstate or foreign commerce, did knowingly receive and attempt to receive child pornography, that is, visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct; which had been shipped and transported in interstate or foreign commerce by means of computer,

1  or otherwise, to wit: JEFFREY ALLEN KOISTINEN did knowingly receive digital images

2  depicting prepubescent minors engaged in sexually explicit conduct via a chat application

3  and the Internet, including, but not limited to the following files:

4      -  IMG-20190408-WA0006.jpg;

5      -  IMG-20190408-WA0007.jpg;

6      -  IMG-20190806-WA0007.jpg;

7      -  IMG-20181219-WA0002.jpg;

8      -  IMG-20190302-WA0008.jpg; and

9      -  IMG-20190302-WA0006.jpg.

10  All in violation of Title 18, United States Code, Section 2252(a)(2) & (b)(1).

11

12                          A TRUE BILL

13

14                      /s/
   FOREPERSON OF THE GRAND JURY
15                      Date:  September 27, 2023

16  GARY M. RESTAINO
   United States Attorney
17  District of Arizona

18

19  /s/
   CARIN C. DURYEE
20  Assistant United States Attorney

21

22

23

24

25

26

27

28