NICHOLAS LONCAR, ESQ. (SBN 036368)
Tucson Defenders: Attorneys at Law
2030 E Broadway Blvd, Suite 123
Tucson, AZ 85719
Telephone: (520) 585-5757
Facsimile:  (520) 585-5705
E-Mail: Nick@TucsonDefenders.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Jeffrey Allen Koistinen,<br><br>    Defendant. | 4:23-cr-01495-TUC-AMM (EJM)<br><br>MOTION TO EXTEND PLEA DEADLINE & CONTINUE TRIAL<br>(Non-Opposition by Plaintiff)<br>(Eighth Request)<br>(Defendant In Custody) |

      The Defendant, Jeffrey Allen Koistinen, by and through undersigned counsel, hereby moves this Court for an extension of the plea deadline and continuance of the trial date. The trial is currently set for December 9, 2025, at 9:30 a.m. in Tucson, Arizona.  The plea deadline is currently set for November 21, 2025 at 3:00 PM.

      The reason for this request is that the the defendant has a pending suppression motion, which hearing date will need to be continued from its currently set date of November 13, with a request having been filed by the defendant to move the hearing into December or January. Mr. Koistinen is presently in the custody of Pima County, having been convicted on October 23, 2025, with sentencing in that case scheduled for November 26.

      The parties are engaged in renewed settlement negotiations based upon Defendant's state court conviction. In the event that a settlement cannot be reached, the hearing on defendant's motions to suppress will move forward, necessitating more time to get

a report and recommendation, and respond to the same before a final ruling on the motions is rendered. The defense will also need more time to prepare for trial based upon the outcome of said motions.

Pursuant to Local Civil Rule 7.3(b), undersigned counsel has discussed the request to continue with Nathaniel Walters, the assigned AUSA, and the Government does not oppose this request.

Wherefore, undersigned counsel respectfully requests that the trial be reset in approximately ninety (90) days. It is expected that excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) will occur as a result of this motion or from an order based there on. See Local Criminal Rule 12.2(a).

RESPECTFULLY SUBMITTED: November 3, 2025.

*s/ Nicholas Loncar*
NICHOLAS LONCAR
Attorney for Defendant

**PROOF OF SERVICE**

I am employed in the County of Pima, State of Arizona. I am over the age of 18 and not a party to the within action; my business address is 2030 E Broadway Blvd, Ste 123, Tucson, Arizona 85719.

On November 3, 2025, I served the document described as:

MOTION TO EXTEND TIME FOR PLEA DEADLINE & CONTINUE TRIAL

Through the Court's ECF Electronic filing and service system.

*/s/ Nicholas Loncar*

Nicholas Loncar

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Jeffrey Allen Koistinen,<br><br>    Defendant. | 4:23-cr-01495-TUC-AMM (EJM)<br><br>ORDER EXTENDING PLEA DEADLINE<br>& CONTINUING TRIAL<br>(Non-Opposition by Plaintiff)<br>(Eighth Request)<br>(Defendant In Custody) |

On motion of the Defendant, there being no objection, and good cause appearing,

IT IS HEREBY ORDERED granting Defendant's Motion to Extend the Plea Deadline, for the reasons stated in Defendant's motion.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation and consideration, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS FURTHER ORDERED continuing the Jury Trial presently set for December 9, at 9:30 a.m. to _____, 2026, and setting a plea deadline for _____, 2026.

IT IS FURTHER ORDERED that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from _____, 2025 to _____, 2026.

Dated this \_\_\_\_\_ day of November, 2025.

_____
The Hon. Angela M. Martinez
United States District Judge